IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:08-CV-71-RJC-DCK

**DMG AMERICA, INC.,**

    Plaintiff,

v.

**RT PRECISION MACHINERY, L.P.,**

    Defendant.

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

**THIS CAUSE** having come before the Court on motion of local counsel for Plaintiff DMG America, Inc. for admission *pro hac vice* of Ethan A. Berghoff, and it appearing to the Court under Local Rule 83.1(B) that Mr. Berghoff should be admitted *pro hac vice* as representing Plaintiff DMG America, Inc.

**IT IS THEREFORE ORDERED** that the motion is **GRANTED** and that Ethan A. Berghoff is admitted to practice before this Court *pro hac vice*.

Signed: June 4, 2008

_____
David C. Keesler
United States Magistrate Judge