IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:08-CV-71-RJC-DCK

| | |
|---|---|
| DMG AMERICA, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>RT PRECISION MACHINERY, L.P.,<br><br>    Defendant. | <u>ORDER</u> |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and there is a motion ripe for disposition.

**IT IS, THEREFORE, ORDERED** that counsel for the parties shall appear before the undersigned for a Status and Motions Hearing, on **May 19, 2009**, prepared to discuss the status of this case and to argue the pending motion to dismiss. The Clerk will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

**SO ORDERED**.

Signed: April 20, 2009

David C. Keesler
United States Magistrate Judge